**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 07-7139**

―――――――――――

LEBON B. WALKER,

Petitioner - Appellant,

versus

DAVID R. BLUMBERG, Chairman, Maryland Parole
Commission; J. JOSEPH CURRAN, JR., Attorney
General of the State of Maryland; JOHN A.
ROWLEY, Acting Commissioner of Corrections,

Respondents - Appellees,

and

FRANK C. SIZER, JR., Commissioner, Maryland
Division of Correction,

Respondent.

―――――――――――

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, District Judge.
(8:06-cv-00937-PJM)

―――――――――――

Submitted:  November 19, 2007      Decided:  December 21, 2007

―――――――――――

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

―――――――――――

Dismissed by unpublished per curiam opinion.

―――――――――――

Gary Eugene Bair, Rachel Marblestone Kamins, BENNETT & BAIR, LLP,
Greenbelt, Maryland, for Appellant.  Mary Ann Rapp Ince, OFFICE OF

THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lebon B. Walker seeks to appeal the district court's orders denying his "Motion to Redate Order and Memorandum Opinion" and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny the motion for a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED
